IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WARREN EASTERLING,                :

    Plaintiff,

  v.                                :     Case No. 3:14-cv-314

JUDGE BARBARA GORMAN,                    JUDGE WALTER H. RICE

    Defendant.            :

---

DECISION AND ENTRY ADOPTING CHIEF UNITED STATES
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC.
#16); OVERRULING PLAINTIFF'S OBJECTIONS THERETO (DOC. #17);
SUSTAINING DEFENDANT'S MOTION TO DISMISS (DOC. #8);
OVERRULING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
(DOC. #10), PLAINTIFF'S MOTION FOR RECUSAL (DOC. #11), AND
PLAINTIFF'S MOTION FOR SANCTIONS (DOC. #13); JUDGMENT TO
ENTER IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF;
TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by Chief Magistrate Judge Sharon L. Ovington, in her April 17, 2015, Report and Recommendations, Doc. #16, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Plaintiff's Objections to the Report and Recommendations, Doc. #17, are meritless and are OVERRULED.

For reasons expressed in the Report and Recommendations, the Court SUSTAINS Defendant's Motion to Dismiss, Doc. #8, OVERRULES Plaintiff's Motion

for Summary Judgment, Doc. #10, OVERRULES Plaintiff's Motion for Recusal, Doc. #11, and OVERRULES Plaintiff's Motion for Sanctions, Doc. #13.

Judgment shall be entered in favor of Defendant and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: April 24, 2015

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE